# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES SLOVER,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/

Case No. 1:17-cv-00958-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

### ORDER

      Plaintiff Daniel James Slover filed a complaint on July 18, 2017, (Doc. 1), along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (the "Application"), (Doc. 3).  Plaintiff's Application demonstrates entitlement to proceed without prepayment of fees.  (*See id.*)

      Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's Application, (Doc. 3), is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **July 20, 2017**                /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE